

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAVAN DUANE MILES,<br><br>Defendant. | Case No.   CR 12-677-JFW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 20, 2018,   Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter.   Deputy Federal Public Defender ("DFPD") Charles Brown was appointed to represent Defendant; DFPD Craig Harbaugh specially appeared for Charles Brown.

Defendant submitted on the Pretrial Services Officer's  recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include arrest and conviction for battery with enhancements for gang affiliation and prior convictions. Defendant is currently on parole following his release from imprisonment for this offense

☒ no viable bail resources.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include arrest and conviction for battery with enhancements for gang affiliation and prior convictions

☒ prior criminal history includes conviction for armed postal robbery

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: February 20, 2018

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
